# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,

Plaintiffs,

vs.

American Heating and Air Supply, Inc., a Minnesota corporation,

Defendant.

Civil File Number: 00-1576 RHK/SRN

**INJUNCTION**

Pursuant to this Court's Order dated September 18, 2000:

1. Defendant is to submit forthwith to Plaintiffs all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.

2. Defendant is to submit forthwith to Plaintiffs all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendant shall cooperate in all ways with this audit.

4. Defendant, acting through its directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: September 18, 2000

Richard H. Kyle
United States District Judge

H:\Labor\6310_6340_6340 Sheet Metal\6340.00 Control Board\American Htg\Injunction.doc

FILED 9-18-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________