# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trustees of the Sheet Metal Local #10
Control Board Trust Fund

Case No. Civil 00-1576RHK/SRN

v.

JUDGMENT IN A CIVIL CASE

American Heating and Air Supply, Inc.,
a Minnesota corporation

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant is in default and plaintiffs are entitled to judgment for delinquent fringe benefit contribution payments together with interest, liquidated damages, audit fees, attorney fees in the amount of $800 and costs of $205; plaintiff's motion for injunctive relief is granted under the terms of the injunction; and plaintiffs are not required to provide security; upon completion of the fringe benefit compliance audit, plaintiffs' attorney shall file an affidavit stating the amount of delinquent fringe benefit contributions, interest, liquidated damages and audit fees; upon the court's approval of the attorney's affidavit, judgment shall be entered against the defendant in the amount stated in the affidavit.

DATE: September 18, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk

9